IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| HEALTHY VISION ASSOCIATION, NATIONAL ASSOCIATION OF VISION CARE PLANS, INC., *Et Al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GREG ABBOTT, *as Governor of the State of Texas, Et Al.*, | ) ) ) |
| Defendants. | ) Civil Action No. 5:23-CV-167-C |

## ORDER

Came on to be considered the Plaintiffs' Motion for Preliminary Injunction, along with pleadings and papers on file. After consideration of the arguments presented, the Court finds that Plaintiffs' Motion for Preliminary Injunction is **GRANTED** for essentially the reasons argued by the Plaintiffs and to maintain the status quo until the Court rules on the Parties' cross-motions for summary judgment.

More specifically, the Court finds that the Plaintiffs meet all the elements of preliminary injunctive relief. That is, Plaintiffs have shown: (1) a substantial likelihood of success on the merits of their underlying substantive claims; (2) the enforcement of H.B. 1696 will cause irreparable harm to the Plaintiffs; and (3) the balance of equities and the public interest weigh in favor of granting the requested preliminary injunction.

Further, the Court finds that no bond is necessary for the injunctive relief sought by the Plaintiffs.

Therefore, Defendants are enjoined from enforcing Texas House Bill 1696, 88th Leg., R.S. (2023), Sec. 3, §§ 1451.151, 1451.153(4), and 1451.153(5) until after the Court has considered and ruled on the Parties' cross-motions for summary judgment.

SO ORDERED this 7th day of March, 2024.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE