# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | | |
|---|---|---|
| HEALTHY VISION ASSOCIATION, ET. AL. | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| **AMANDA CRAWFORD,** in her official | § | |
| capacity as Commissioner of the Texas | § | **No. 5:23-CV-167-H** |
| Department of Insurance. | § | |
| *Defendants.* | § | |
| | § | |

## ORDER GRANTING STATE OF TEXAS'S MOTION TO INTERVENE

Came to be considered State of Texas's Motion to Intervene. After consideration of the motion and all relevant pleadings, the Court concludes that the State of Texas has satisfied all necessary criteria to intervene as a matter of right.  The Court also concludes that the State of Texas has satisfied the criteria for permissive intervention.

It is hereby ORDERED the State of Texas's Motion to Intervene is GRANTED.

SIGNED this _____ day of _____, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE